FILED:  August 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4010

(4:13-cr-00046-RBH-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ANRIQUE ZACHERY

        Defendant - Appellant

_____

O R D E R

_____

The court denies this, appellant's fifth, motion for extension of time to file the opening brief and joint appendix.  Counsel must file a new motion to extend time when counsel files appellant's brief and joint appendix on or before August 30, 2014.  Failure to file the brief and joint appendix by that date will result in issuance of a disciplinary notice under Local Rule 46(g).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk